

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-26-00044-CV

Jayson **PERRYMAN**,
Appellant

v.

Jung **WILLIAMS**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2025-CV-10459
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Lori I. Valenzuela, Justice
                Lori Massey Brissette, Justice
                Adrian A. Spears II, Justice

Delivered and Filed: February 18, 2026

APPEAL DISMISSED

This is an appeal in a forcible detainer case. Jurisdiction of forcible detainer actions is expressly given to the justice court of the precinct where the property is located, and, on appeal, to county courts for a trial de novo. *See* TEX. GOV'T CODE § 27.031; TEX. R. CIV. P. 510.9; *see also Rice v. Pinney*, 51 S.W.3d 705, 708 (Tex. App.—Dallas 2001, no pet.). The record before this court fails to show an appeal and a final judgment from the county court. *See Benavides v. Deiter*, No. 04-25-00367-CV, 2025 WL 1911713, at *1 (Tex. App.—San Antonio July 9, 2025, no pet.)

(mem. op.) ("The appropriate manner for Appellants to challenge the validity of the justice court's judgment is to appeal the judgment to the county court."); TEX. R. CIV. P. 510.9.

Because we question our jurisdiction over this matter, we ordered appellant to show cause no later than February 2, 2026, why this appeal should not be dismissed for lack of jurisdiction. We cautioned appellant that this appeal would be dismissed if he failed to respond to our order. *See* TEX. R. APP. P. 42.3.

Appellant did not respond to our order, and the record does not show we have jurisdiction over this appeal. Accordingly, this appeal is dismissed.

PER CURIAM